627 A.2d 1126

IN THE MATTER OF OPINION 668 OF THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.

February 11, 1993.

ORDER

Petitions for review of the Advisory Committee on Professional Ethics Opinion 668, *Ex Parte Communication with Former Employees of Corporate Defendant*, is granted.

627 A.2d 1126

SOUTHERN NEW JERSEY NEWSPAPERS, INC. v. THE OFFICE OF THE PROSECUTOR OF CAMDEN COUNTY, AND THE CUSTODIAN OF RECORDS FOR THE OFFICE OF THE PROSECUTOR OF CAMDEN COUNTY.

February 11, 1993.

ORDER

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.

627 A.2d 1126

WASTE MANAGEMENT, INC. v. ADMIRAL INSURANCE COMPANY, ET AL. AND AUTO OWNERS INSURANCE COMPANY.

February 25, 1993.

ORDER

Leave to appeal is granted.